IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

FRANKLIN N. DAVIS and CYNTHIA D. DAVIS,
Individually and on behalf of their daughter,
AMANDA DAVIS                                                              PLAINTIFFS

V.                                                          CIVIL ACTION NO. 1:04CV329-B-D

UNITED STATES OF AMERICA                                                   DEFENDANT

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's motion for summary judgment is **GRANTED**.

This, the 3rd day of March, 2006.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**